IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:12-CR-9** |
| | : | |
| v. | : | (Chief Judge Conner) |
| | : | |
| **JAMI MANSOUR SHABAZZ** | : | |

## ORDER

AND NOW, the 5th day of July, 2016, upon consideration of the government's unopposed motion (Doc. 338) to stay further proceedings in this case, it is hereby ORDERED that said motion is GRANTED. This matter is STAYED pending the Third Circuit's resolution of the joined cases In re Thomas Hoffner, Jr., No. 15-2883 (E.D. Pa.), In re Dewayne Crews, No. 15-2903 (W.D. Pa.) and In re Cremne Branch, No. 15-2992 (M.D. Pa.) and the United States Supreme Court's resolution of the case of Beckles v. United States, No. 15-8544.

    /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania