# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | CRIMINAL NO. 1:12-CR-9 |
|---|---|---|
| v. | : | (Chief Judge Conner) |
| JAMI MANSOUR SHABAZZ | : | |

## **ORDER**

AND NOW, this 6th day of March, 2018, upon consideration of the Motion (Doc. 354) to Stay Further Proceedings in this Case, it is hereby ORDERED that said motion is GRANTED. Counsel for the Petitioner shall notify the Court when the United States Supreme Court has issued an opinion in *Sessions v. Dimaya*, No. 15-1498.

    /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania