# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | **CRIMINAL NO. 1:12-CR-9** |
| : | |
| v. : | **(Chief Judge Conner)** |
| : | |
| **JAMI MANSOUR SHABAZZ** : | |
| : | |
| **Defendant** : | |

## **ORDER**

AND NOW, this 24th day of April, 2018, upon consideration of the motion (Doc. 319) of defendant Jami Mansour Shabazz ("Shabazz") to correct sentence under 28 U.S.C. § 2255 in light of the Supreme Court's decision in Johnson v. United States, 576 U.S. ___, 135 S. Ct. 2551 (2015), which motion was stayed by the court at appointed counsel's request by order (Doc. 357) of March 6, 2018, pending the Supreme Court's decision in Sessions v. Dimaya, No. 15-1498, and further upon consideration of appointed counsel's notice (Doc. 362) of the Supreme Court's decision in Sessions v. Dimaya, ___ S. C.t. ___, 2018 WL 1800371 (2018), in which counsel requests that the court lift the stay and reestablish a briefing schedule *sub judice*, and the court determining that it is appropriate to lift the stay and proceed with Shabazz's pending motion, it is hereby ORDERED that:

1. The stay imposed by the court's order (Doc. 357) of March 6, 2018 is LIFTED.

2. The government shall file a response to Shabazz's motion (Doc. 319) on or before **Wednesday, May 9, 2018**.

3. Shabazz may file a reply in further support of his motion (Doc. 319) on or before **Wednesday, May 23, 2018**.

       /S/ CHRISTOPHER C. CONNER
       Christopher C. Conner, Chief Judge
       United States District Court
       Middle District of Pennsylvania